IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02334-MSK-MEH

SHANE BURDEN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MAIL TECH PINO, individually and in her official capacity,
D.A. GARCIA, GRIEVANCE RESPONDENT, individually and in his official capacity, and
A. HICKS, SECOND GRIEVANCE RESPONDENT, individually and in her official capacity,

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty, July 3, 2008**.

    Defendant's Motion to Allow Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2) [filed July 2, 2008; doc #23] is **granted**. Counsel for Defendants is permitted to take Plaintiff's deposition on July 16, 2008 at 12:30 p.m. at the Arkansas Valley Correctional Facility in accordance with Fed. R. Civ. P. 30 and other applicable federal and local rules.