IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02334-MSK-MEH

SHANE BURDEN,

       Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
MAIL TECH PINO, individually and in her official capacity,
D.A. GARCIA, GRIEVANCE RESPONDENT, individually and in his official capacity, and
A. HICKS SECOND GRIEVANCE RESPONDENT, individually and in her official capacity,,

       Defendants.

---

## ORDER REMANDING ACTION

---

**THIS MATTER** comes before the Court *sua sponte*. On August 20, 2008, the Court

issued an Order to Show Cause, observing that the Defendants' Notice of Removal appeared to

be untimely under 28 U.S.C. § 1446(b) and directing that the Defendants show cause why the

case should not be remanded due to improper removal. The Order to Show Cause was returnable

within 5 days of its date. The time for responding has passed and the Defendants have not filed a

response.

Accordingly, for the reasons stated in the Order to Show Cause, the Court finds that the Notice of Removal was untimely, and the action is **REMANDED** pursuant to 28 U.S.C. § 1447(c). The Clerk of the Court shall transmit the entire case file to the Clerk of the Court of the Colorado District Court for Huerfano County, and thereafter, shall close this case.

Dated this 28th day of August, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge